EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. CR05-00099 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. Sections |
| | ) | 841(a)(1), 841(b)(1)(A) |
| | ) | and 841(b)(1)(B)] |
| JUDITH BAINCO ESMENA, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about January 18, 2005, in the District of Hawaii, Defendant JUDITH BAINCO ESMENA, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 54.7 grams, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841 (a)(1), and 841 (b)(1)(A).

## COUNT 2

The Grand Jury further charges that:

On or about January 20, 2005, in the District of Hawaii, Defendant JUDITH BAINCO ESMENA did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 48.8 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

## COUNT 3

The Grand Jury further charges that:

On or about January 25, 2005, in the District of Hawaii, Defendant JUDITH BAINCO ESMENA did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 55.1 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

## COUNT 4

The Grand Jury further charges that:

On or about February 3, 2005, in the District of Hawaii, Defendant JUDITH BAINCO ESMENA, did knowingly and

intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, to wit, approximately 60.7 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 5

The Grand Jury further charges that:

On or about February 17, 2005, in the District of Hawaii, Defendant JUDITH BAINCO ESMENA did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 56.1 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

### COUNT 6

The Grand Jury further charges that:

On or about March 1, 2005, in the District of Hawaii, Defendant JUDITH BAINCO ESMENA did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 250.6 grams (gross weight), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT 7

The Grand Jury further charges that:

On or about March 1, 2005, in the District of Hawaii, Defendant JUDITH BAINCO ESMENA did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 56.1 grams, a Schedule II controlled substance, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(A).

DATED: __MAR 9 2005__, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Judith Bainco Esmena
"Indictment"
Cr. No. _____

4